1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

9   **ALEC BUCUR,**

10              **Plaintiff,**

11      **v.**

12   **EXPERIAN INFORMATION SOLUTIONS, INC., et al.**

13              **Defendants.**

14

**NO. 8:16-cv-00808-DOC-KES**

**ORDER**
**JOINT STIPULATION TO DISMISS EQUIFAX INFORMATION SERVICES LLC** *[32]*

15
16      This matter, having come before the Court upon presentation of a Joint
17   Stipulation of Dismissal, it is hereby ORDERED that Defendant Equifax Information
18   Services LLC is dismissed with prejudice, with each party to bear her/its own
19   attorney's fees, costs and expenses incurred.

20
21              SO ORDERED:
22
23
24   Dated: February 14, 2017          DAVID O. CARTER, U.S. District Judge
25
26
27
28