Stephanie R. Tatar (237792)
**TATAR LAW FIRM**
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEC BUCUR,** | **Case No. 8:16-cv-00808-DOC-KES** |
| **Plaintiff,** | |
| **v.** | **STIPULATION FOR DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TEANS UNION, LLC** |
| **EXPERIAN INFORMATION SOLUTIONS, INC., et al.** | |
| **Defendants.** | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, on this 7th day of March, 2017, by and between Plaintiff and Defendant Trans Union, LLC that pursuant to Fed. R. Civ. P. 41, Trans Union, LLC be dismissed with prejudice, with each party to bear her or its own attorney's fees, costs and expenses incurred.

STIPULATION FOR DISMISSALOF TRANS UNION, LLC
Case No. 8:16-cv-00808-DOC-KES

1

1

2

3    */s/ Stephanie R. Tatar*                    */s/ Donald E. Bradley*
     Stephanie R. Tatar                          Donald E. Bradley
4    **THE TATAR LAW FIRM**                      **Musick Peeler and Garrett LLP**
     3500 West Olive Avenue, Suite 300           650 Town Center Drive, Suite 1200
5    Burbank, CA 91505                           Costa Mesa, CA 92626-1925
     (323) 744-1146                              (714) 668-2400
6    (888) 778-5695                              Fax: (714) 668-2490
     stephanie@thetatarlawfirm.com               Email: d.bradley@mpglaw.com
7
     Counsel for Plaintiff                       Counsel for Defendant
8                                                Trans Union, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28